# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONAH  B. LAWSON, KANDACE B.
LAWSON, AND KANDACE B.
LAWSON AS BIOLOGICAL AUNT
AND PRIMARY CUSTODIAN OF THE
MINOR, JE'SON BOURGUE

NO.  2020 CW 0640

VERSUS

JAIME P. BREAUX, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY AND PROGRESSIVE
PALOVERDE INSURANCE COMPANY

**JULY 22, 2020**

---

In Re:   Kandace B. Lawson, applying for supervisory writ for
emergency stay, 32nd Judicial District Court, Parish
of Terrebonne, No. 181567.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **REQUEST FOR EMERGENCY STAY GRANTED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT